AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Pritkumar Tarunkumar PATEL | ) | |
| | ) | 1:20 MJ 02 LDA |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 21, 2019 _____ in the county of _____ in the

_____ District of _____ Rhode Island _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a); | Production of Child Pornography; |
| 18 U.S.C. § 2252(a)(2); | Receipt of Child Pornography; |
| 18 U.S.C. § 1470; and | Transfer of Obscene Material to Minors; and |
| 18 U.S.C. § 2261A(2) | Cyber Stalking |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Rachel L. Robinson, of the United States Department of Homeland Security, Homeland Security Investigations ("HSI").

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Rachel L. Robinson - HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___ i/6/2020 ___

_____
_Judge's signature_

City and state: _____ Providence, Rhode Island _____      Lincoln D. Almond, U.S. Magistrate Judge
_Printed name and title_